UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Patricia McCarthy                                        Case No. 1:20-cv-543

     Plaintiff,                                          HON. JANET T. NEFF

v

Forge Industrial Staffing, Inc.

     Defendant.

| | |
|---|---|
| Gregory J. McCoy (P51419) | William F. Dugan |
| CUNNINGHAM DALMAN, P.C. | Remi Balogun |
| Attorneys for Plaintiff | BAKER & MCKENZIE LLP |
| 321 Settlers Road | Attorneys for Defendant |
| Holland, Michigan 49423 | 300 East Randolph Street, Suite 5000 |
| (616) 392-1821 | Chicago, IL 60601 |
| | (312) 861-4208 |

**PLAINTIFF'S INITIAL DISCLOSURES UNDER RULE 26(a)(2)(A)**

NOW COMES PLAINTIFF, Patricia McCarthy, by and through her attorneys,

CUNNINGHAM DALMAN, PC and makes the following disclosures under Fed. R. Civ. P.

26(a)(2)(A):

**Testifying experts likely to have discoverable information that Plaintiff may use to support her claims, and the subjects of that information:**

1.    Phil Austin, Senior Engineer

    a.    Address and phone number:
        EGLtech
        144 Coolidge Avenue  Suite #20
        Holland, MI 49423
        (616) 392-7422

    b.    Area of Expertise:  Technology and safeguards to perform office work remotely, including from home.

Dated:  December 30, 2020   Respectfully submitted,

           CUNNINGHAM DALMAN, P.C.


           By/S/ Gregory J. McCoy
             Gregory J. McCoy (P51419)