**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PATRICIA MCCARTHY,                                    Case No. 1:20-cv-543

    Plaintiff,                                              HON. Janet T. Neff

v

FORGE INDUSTRIAL STAFFING, INC.,

    Defendant.

| | |
|---|---|
| Gregory J. McCoy (P51419) | William F. Dugan |
| CUNNINGHAM DALMAN, P.C. | Remi Balogun |
| Attorneys for Plaintiff | BAKER & MCKENZIE LLP |
| 321 Settlers Road | Attorneys for Defendant |
| Holland, Michigan 49423 | 300 East Randolph Street, Suite 5000 |
| (616) 392-1821 | Chicago, IL 60601 |
| | (312) 861-4208 |

**PROOF OF SERVICE**

    The undersigned certifies that on February 25, 2021, a copy of Plaintiff's Supplemental Responses to Defendant's Interrogatories and request for Production and additional document disclosure was served upon the Defendant via email to:  William.dugan@bakermckenzie.com and remi.balogun@bakermckenzie.com.

This Proof of Service has been filed via electronic filing and will provide notice of filing to parties of record.

                                              */s/ Emily J. Hovinga*
                                              Emily J. Hovinga, Legal Assistant