UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PATRICIA MCCARTHY,

    Plaintiff,

v.                                                      Hon. Sally J. Berens

FORGE INDUSTRIAL STAFFING, INC.,         Case No. 1:20-cv-00543

    Defendant.

**ORDER**

This matter is before the Court on Defendant's Motion for Protective Order or, Alternatively, an Extension of Discovery (ECF No. 37). For the reasons stated on the record at the hearing held May 26, 2021, the motion (ECF No. 37) is granted in part and denied in part. The depositions of Brian Oele, Americo Teran, and Betsy Yonkers shall be completed in person by June 11, 2021. The dispositive motion deadline is extended to July 14, 2021.

    IT IS SO ORDERED.

Dated: May 26, 2021                                         /s/ Sally J. Berens
                                                             SALLY J. BERENS
                                                             U.S. Magistrate Judge